## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **In re: KAYLA GLENN,** | ) | Case No. 16-10389-JDW |
| | ) | Chapter 13 |
| **Debtor** | | |

### NOTICE OF APPEAL

21st Mortgage Corporation ("21st Mortgage") hereby files this Notice of Appeal pursuant to 28 U.S.C. § 158(a)(1) & (b) to the Bankruptcy Appellate Panel for the Fifth Circuit from the order and judgment of the Bankruptcy Judge entered on August 25, 2016 (Docket No. 41)(the "Order"), overruling the objection to confirmation of the Debtor's Chapter 13 plan. Pursuant to Bankruptcy Rule 8003(a)(3), a copy of the Order is attached hereto as Exhibit A, and pursuant to Official Form 17A the following is submitted:

**Part 1: Identify the appellant(s)**

1. Names(s) of appellant(s): 21st Mortgage Corporation

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding | For appeals in a bankruptcy case and Not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | |
| ☐ Defendant | ☐ Debtor |
| ☐ Other (describe)_____ | ✓ Creditor |
| | ☐ Trustee |
| | ☐ Other (describe) _____ |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: Order Overruling Objection to Confirmation of Debtor's Plan (Dkt No. 44).

2. State the date on which the judgment, order, or decree was entered: August 25, 2016.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

    1. Party: 21st Mortgage Corporation    Attorney:  William L. Norton III
    Bradley Arant Boult Cummings LLP
    1600 Division St., Suite 700
    Nashville, TN 37203
    (615) 252-2397
    bnorton@bradley.com

    Attorney:  Edward E. Lawler, Jr. (#1095)
    McKay Lawler Franklin & Foreman PLLC
    P.O. Box 2488
    Ridgeland, MS 39158-2488
    (601) 572-8778 Ext. 221
    elawler@mckaylawler.com

    2. Party: Kayla Glenn    Attorney:  Catherine Umberger (#104458)
    Mayfield Law Firm, PA
    P.O. Box 9
    Tupelo, MS 38802
    (662) 841-8844
    cu@mayfieldlawfirm.com

Dated: September 2, 2016

Respectfully Submitted,
*/s/ Edward E. Lawler, Jr.*
Edward E. Lawler, Jr.
McKay Lawler Franklin& Foreman, PLLC
P.O. Box 2488
Ridgeland, MS 39158-2488
email: elawler@mckaylawler.com
Telephone: 601-572-8778 Ext. 221
Telefax: 601-572-8440
Mississippi Bar No. 1095

and

*/s/ William L. Norton III (pro hac vice)*
William L. Norton III (TN 10075)

BRADLEY
1600 Division St., Suite 700
Nashville, TN 37203
615-252-2397
bnorton@bradley.com

Attorneys for Appellant