IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

21ST MORTGAGE CORPORATION                                                      APPELLANT

V.                                                         CIVIL ACTION NO. 1:16-CV-162-SA

KAYLA GLENN                                                                      APPELLEE

ORDER

For the reasons fully explained in a separate Memorandum Opinion issued this same day, this Court AFFIRMS the decision of the Bankruptcy Court and this appeal is DISMISSED.

SO ORDERED, on this the 7th day of July, 2017

                                                 /s/ Sharion Aycock
                                                 UNITED STATES DISTRICT JUDGE